People v Ewers (2023 NY Slip Op 04673)

People v Ewers

2023 NY Slip Op 04673

Decided on September 20, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 20, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
FRANCESCA E. CONNOLLY
VALERIE BRATHWAITE NELSON
ROBERT J. MILLER, JJ.

2017-06737
 (Ind. No. 1800/15)

[*1]The People of the State of New York, respondent,
v
Deon Ewers, appellant.

Deon Ewers, Stormville, NY, appellant pro se.
Anne T. Donnelly, District Attorney, Mineola, NY (Tammy J. Smiley and Monica M.C. Leiter of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 16, 2021 (People v Ewers, 195 AD3d 857), affirming a judgment of the Supreme Court, Nassau County, rendered May 23, 2017.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DILLON, J.P., CONNOLLY, BRATHWAITE NELSON and MILLER, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court